IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TROY KNIGHT, #202280, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 18-00036-JB-B |
| | * |
| K. LANG, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 7, 2020 (Doc. 26) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motion for summary judgment be **GRANTED**. It is further **ORDERED** that Plaintiff's claims be dismissed with prejudice, and that this action be dismissed in its entirety.

**DONE** this 2nd day of March, **2020**.

/s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE